**Opinion filed March 24, 2011**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-10-00350-CV**

_____

**MARC ALLEN MASON, Appellant**

**V.**

**CHARLES H. WHEELER ET AL, Appellees**

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 10-06-18395**

### M E M O R A N D U M   O P I N I O N

Marc Allen Mason filed a pro se appeal challenging two orders dismissing his claims as to several of the defendants. The orders do not purport to be final or appealable. The clerk of this court wrote Mason and informed him that it did not appear that we had jurisdiction in this case because there was no final judgment disposing of all parties. We requested that Mason respond and show grounds for continuing the appeal. We also notified him that the appeal may be dismissed pursuant to TEX. R. APP. P. 42. *See* Rule 42.3.

Mason has filed a response in which he acknowledges that his claims against some of the defendants remain pending in the trial court. Absent an order of severance or orders disposing of all claims against all parties to this lawsuit, we have no jurisdiction to entertain the appeal. Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840-41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). Mason has not established why the orders he is challenging are appealable at this time.

Accordingly, the appeal is dismissed for want of jurisdiction.

PER CURIAM

March 24, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.